

The Parties are granted an extension of time until Dec. 19, 2019 to submit a Case Management Plan. Clerk of the Court directed to mail a copy of this endorsement to pro se Plaintiff, show proof of service on the docket and terminate the motion (doc 25).
Dated: Dec. 5, 2019      SO ORDERED.

Nelson S. Román, U.S.D.J.

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8118

December 5, 2019

Via Fax and ECF
Hon. Nelson S. Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: <u>Baptiste v. Griffin</u>, 18 CV 7274 (NSR)

Dear Judge Román:

This office represents defendant Nagy ("defendant") in the above action. We write, with plaintiff's consent, to respectfully request an extension of time to submit the proposed Case Discovery Plan and Scheduling Order ("Case Discovery Plan") from December 5, 2019 to December 19, 2019. (*See* Dkt. No. 23, p. 11).

The grounds for this request are that plaintiff stated he submitted the proposed Case Discovery Plan without consulting this office or providing us with a copy. When we asked plaintiff to consult, he stated he was unable to do so because he did not have a copy of the proposed Case Discovery Plan in front of him. Therefore, we respectfully ask the court not to adopt the proposed Case Discovery Plan submitted by plaintiff until we have had an opportunity to consult for purposes of preparing the joint Case Discovery Plan requested by the Court on December 19, 2019. We thank you for your consideration of this matter.

Respectfully Submitted,

/s/
Julinda Dawkins
Assistant Attorney General

Cc:
Malcolm Baptiste
DIN 96-A-4708
(<u>Via</u> Frist Class Mail)

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
http://www.ag.ny.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MALCOLM BAPTISTE, (DIN 96A4708),

                   Plaintiff,

- against -

THOMAS GRIFFIN, Et. Al.

                   Defendants.

-------------------------------------------------------------------X

**AFFIRMATION OF SERVICE**

18CV7274 (NSR)

JULINDA DAWKINS, hereby declares as follows:

That she is more than 18 years old and employed as an Assistant Attorney General in the office of LETITIA JAMES, the Attorney General of the State of New York, Attorney for Defendant herein. On the 5th day of December 2019, she served the annexed **Extension Request** upon the following named persons:

    Malcolm Baptiste, DIN 96-A-4708
    Green Haven Correctional Facility
    P.O. Box 4000
    Stormville, NY 12582

Plaintiff *pro se*, in the within entitled action, by depositing true and correct copy thereof, properly enclosed in post-paid wrapper, in a receptacle maintained by the United States Postal Service directed to said individual at the address within the State designated by him for that purpose.

I hereby affirm under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2019

                                                  /s/
                                           Julinda Dawkins



/05/2019 2:43:52 PM NYSOAG          PAGE 1   OF 3

**CONFIDENTIAL**



**FACSIMILE TRANSMISSION**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
Letitia James

| | |
|---|---|
| To: | Hon. Nelson S. roman |
| Fax Number: | 914-390-4179 |
| Voice Number: | 9143904177 |
| From: | Dawkins, Julinda |
| Fax Number: | |
| Voice Number: | +1 212-416-8118 |
| Date: | December 05, 2019 |
| Subject: | Baptiste v. Griffin, 18 CV 7274 - extension request re: proposed Case Discovery Plan and Scheduling Order |
| Total Pages: | 3 |

Memo:

See attached request for an extension. Thank you.

Julinda A. Dawkins | Deputy Section Chief - Litigation Bureau
New York State Office of the Attorney General
28 Liberty Street, 18th Fl | New York, New York 10005
Tel: 212-416-8118 |
Julinda.Dawkins@ag.ny.gov<mailto:Julinda.Dawkins@ag.ny.gov> |
www.ag.ny.gov<http://www.ag.ny.gov/>

IMPORTANT NOTICE: This fax, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this fax in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this fax or its attachments. Please notify the sender immediately by reply fax and delete the fax from your system.