# UNITED STATES DISTRICT COURT
The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

January 24, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Malcolm Baptiste**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　- *against* -<br><br><br>**Correctional Officer Michael T. Nagy**<br>*Shield No. 11093*<br>　　　　　　　　　　　　Defendants, | **SCHEDULING ORDER**<br>7:18-cv-07274-NSR-PED<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC # _____<br>DATE FILED: **Jan 24, 2020** |

The Court has rescheduled a **Telephone Conference** before the Honorable Paul E. Davison, United States Magistrate Judge to **February 28, 2020 at 10:00 am**. Defense counsel is directed to appear in courtroom 420.

### Re: Incarcerated Prisoners

　　　*Incarcerated petitioners/plaintiffs shall participate in the conference by telephone (in lieu of a writ appearance). It is the responsibility of counsel for respondent/defendant to make prior arrangements with the appropriate facility to have the petitioner/plaintiff available via telephone.*

Copies mailed to **Pro Se Plaintiff** on **Jan 24, 2020** by Judge Davison's Chambers

SO ORDERED:

*/s/ Paul E. Davison*
Hon. Paul E. Davison
United States Magistrate Judge

1/24/20