USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MALCOLM BAPTISTE,

      Plaintiff,

-Against-

THOMAS GRIFFIN, et al,

      Defendants.

-----------------------------------------------------------------x

18 Civ. 7274 (NSR)(PED)

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

  Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Malcolm Baptiste DIN 96-A-4708, by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the plaintiff and Superintendent of the correctional facility where he is located, and

  Plaintiff is further advised that if he fails to attend and complete his own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing the complaint in this action.

Dated: White Plains, New York
   7/7, 2020

            So Ordered:

            _____
            HON. PAUL E. DAVISON
            United States Magistrate Judge

Defendant shall provide plaintiff at least five (5) days advance notice of the date of his deposition.