```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MALCOLM BAPTISTE,                                  18 Civ. 7274 (NSR)

        Plaintiff,                                      ORDER
-Against-

THOMAS GRIFFIN, et al,

        Defendants.
-----------------------------------------------------------------x

IT IS HEREBY ORDERED that the photographs to be attached as exhibits to the Declaration of Michael Nagy in support of Defendant's Motion for Summary Judgment shall be placed under seal.

It is further ORDERED that due to the safety and security concerns related to the photographs, Plaintiff will be provided an opportunity to view, but not keep in his possession, the photographs annexed as exhibits to Defendant Nagy's declaration, at the correctional facility where he is located.

Dated: White Plains, New York

      April 5, 2021

                                              So Ordered:

                                              _____
                                              HON. NELSON S. ROMAN
                                              United States District Judge