**MEMO ENDORSED**

Case 7:18-cv-07274-NSR-PED   Document 118   Filed 09/13/22   Page 1 of 2



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2022

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8659

September 7, 2022

**VIA ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

                    Re: *Baptiste v. Griffin,* 18 Civ. 7274 (NSR)

Dear Judge Román:

    This Office represents Defendant Michael Nagy in the above referenced action. We write, with Plaintiff's consent, to respectfully request that the court conference currently scheduled for November 4, 2022 be rescheduled to a date convenient to the Court on or after November 14, 2022.

    The reason for this request is that I was recently assigned this matter and will be out of the country during the scheduled conference date.

    This is the first request for an adjournment of this conference. We thank the Court for its attention to this matter.

Respectfully submitted,

   /s/ Ian Ramage

Ian Ramage
Assistant Attorney General
(212) 416-8659
Ian.Ramage@ag.ny.gov

---

In light of newly assigned counsel for Deft, Deft's request to adjourn the telephonic Status Conf. from Nov. 4, 2022 until Dec. 2, 2022 at 10 am is granted. It is the responsibility of Deft's counsel to make prior arrangements with the appropriate facility to have Pltf. participate via telephone. The parties are directed to this Court's Order (ECF No. 112) for dial-in instructions. Clerk of Court is requested to mail a copy of this endorsement to pro se Pltf., show service on the docket and terminate the motion at ECF No. 116.

Dated: White Plains, NY
       Sept. 13, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE
28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
http://www.ag.ny.gov

Judge Román  Page 2
September 7, 2022

cc:      Malcolm Baptiste
          96A4708
          Green Haven Correctional Facility
          P.O. Box 400
          Stormville, NY 12582
          (via mail)