



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8659

June 14, 2023

**VIA ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

Re: *Baptiste v. Griffin,* 18 Civ. 7274 (NSR)

Dear Judge Román:

This Office represents Defendant Michael Nagy in the above referenced action. We write, on behalf of both parties, to advise the Court that Plaintiff and Defendant have reached an agreement in principle to settle this matter. The parties will work diligently to finalize the settlement agreement. Given the difficulties with timely communication with incarcerated individuals, the parties respectfully request at least sixty (60) days to provide the Court with a status update regarding the parties' settlement documentation.

We further respectfully request that the Court the pre-trial conference currently scheduled for June 16, 2023 *sine die*.

This is the first request for an adjournment of this conference. We thank the Court for its attention to this matter.

Respectfully submitted,

 */s/ Ian Ramage*
Ian Ramage
Assistant Attorney General
(212) 416-8659
Ian.Ramage@ag.ny.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/2023

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
http://www.ag.ny.gov

---

**MEMO ENDORSED:**

In light of the parties' representation that they reached a settlement agreement in principle, the telephonic Pretrial Conf. is rescheduled from June 16, 2023 until Sept. 8, 2023 at 2:00 pm. Counsel are directed to this Court's Order at ECF No. 112 for dial-in instructions. If no agreement is reached, the parties shall be prepared to proceed to trial on Nov. 27, 2023. Clerk of Court is requested to terminate the motion at ECF No. 123.

Dated: White Plains, NY
       June 14, 2023

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Judge Román    Page 2
June 14, 2023

cc:    Counsel of Record
       (<u>via</u> ECF)