

```
                                    USDC SDNY
                                    DOCUMENT
                                    ELECTRONICALLY FILED
                                    DOC #: _____
                                    DATE FILED: 9/26/2023
```

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8659

September 26, 2023

**MEMO ENDORSED**

**VIA ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601-4150

Re: *Baptiste v. Griffin,* 18 Civ. 7274 (NSR)

Dear Judge Román:

This Office represents Defendant Michael Nagy in the above referenced action. We write, on behalf of both parties, to respectfully request that the Court adjourn the pre-trial conference currently scheduled for September 28, 2023 *sine die*. The grounds for this request are that Plaintiff and Defendant have executed and submitted a proposed Stipulation of Settlement in this matter. (Dkt. No. 127).

This is the second request for an adjournment of this conference. We thank the Court for its attention to this matter.

Respectfully submitted,

 */s/ Ian Ramage*
Ian Ramage
Assistant Attorney General
(212) 416-8659
Ian.Ramage@ag.ny.gov

**The parties' request to adjourn the pre-trial conference scheduled for Sept. 28, 2023 is GRANTED in light of the proposed settlement agreement docketed at ECF No. 127. The jury trial scheduled for Nov. 27, 2023 is CANCELLED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 28.**
**Dated: September 26, 2023**
        **White Plains, NY**

SO ORDERED:
[signature]
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record
      (*via* ECF)